# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
### NORTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | **SUPPLEMENT TO** |
| Plaintiff, | ) | **AMENDED ORDER SETTING** |
| | ) | **CONDITIONS OF RELEASE** |
| vs. | ) | |
| | ) | |
| Genna Marie Houle, | ) | |
| | ) | Case No. 4:13-cv-167 |
| Defendant. | ) | |

Because of concerns expressed by the Pretrial Services Officer and local social services agencies regarding defendant's possible usage of methamphetamine in the presence of her child, the court **ORDERS** that:

1.    The Pretrial Services Officer is authorized to share defendant's drug testing results with any social service agency having jurisdiction over the child; and

2.    Defendant shall cooperate with any social service agency visit and inspection of her residence to investigate the condition of the child.

**IT IS SO ORDERED.**

Dated this 15th day of August, 2014.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court